FILED
2021 Apr-08 AM 11:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, <br><br> *Petitioner*, <br><br> v. <br><br> REMINGTON ARMS COMPANY, LLC, <br><br> *Respondent*. | Case No. 5:21-cv-00212-HNJ |

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice that Plaintiff Pension Benefit Guaranty Corporation ("PBGC") hereby requests dismissal of the above-captioned case, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. In support of its request, PBGC states:

1. The Defendant has not served an answer or a motion for summary judgment.

2. Rules 23(e), 23.1(c), 23.2, and 66 do not apply to this case.

Dated:  Washington, D.C.
       April 8. 2021

Respectfully submitted,

 /s/Andrew Philip Walker
F. RUSSELL DEMPSEY
General Counsel
KARTAR KHALSA
Deputy Chief Counsel
STEPHANIE THOMAS
Assistant General Counsel
ANDREW PHILIP WALKER
Attorney

PENSION BENEFIT GUARANTY
CORPORATION
Office of the General Counsel

                                          1200 K Street, N.W.
                                          Washington, D.C. 20005-4026
                                          Phone: (202) 229-6863
                                          Fax: (202) 326-4138
                                          E-mail: Walker.Andrew@pbgc.gov &
                                                      efile@pbgc.gov

## CERTIFICATE OF SERVICE

I certify that on this 8th day of April, 2021, the Notice of Voluntary Dismissal was filed using the Court's ECF system and served on all parties registered to receive notice from the CM/ECF system on this case and on the following party:

Remington Arms Company, LLC
c/o C T Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104
*Via FedEx*

/s/ Andrew Philip Walker
Andrew Philip Walker