FILED
2021 Apr-26 AM 11:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>REMINGTON ARMS COMPANY LLC, as Plan Administrator for the Remington Arms Company, LLC Pension and Retirement Plan,<br><br>Defendant. | Case No. 5:21-cv-00212-HNJ |

## DISMISSAL ORDER

Pursuant to Plaintiff's Notice of Voluntary Dismissal (Doc. 4), it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this case is **DISMISSED**, without costs to either party.

**DONE** and **ORDERED** this 26th day of April, 2021.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE